# 2081CV01945 Louisa, Esq., Nicholas J vs. Netflix, Inc. et al

- Case Type:
- Torts
- Case Status:
- Open
- File Date
- 08/13/2020
- DCM Track:
- A - Average
- Initiating Action:
- Defamation
- Status Date:
- 08/13/2020
- Case Judge:
- 
- Next Event:
- 

All Information | Party | Event | Tickler | Docket | Disposition

## Party Information

**Louisa, Esq., Nicholas J**
- Plaintiff

**Alias**

**Party Attorney**
- Attorney
- Cooper, Esq., Howard
- Bar Code
- 543842
- Address
- Todd and Weld LLP
- One Federal St 27th Floor
- Boston, MA  02110-2012
- Phone Number
- (617)720-2626
- Attorney
- Furman, Esq., Matthew S
- Bar Code
- 679751
- Address
- Todd and Weld LLP
- One Federal St 27th Floor
- Boston, MA  02110
- Phone Number
- (617)720-2626
- Attorney
- O'Brien, Esq., Rebecca Morgan
- Bar Code
- 693592
- Address
- Todd and Weld LLP
- One Federal St 27th Floor
- Boston, MA  02110
- Phone Number
- (617)720-2626

**More Party Information**

**Netflix, Inc.**
- Defendant

**Alias**

**Party Attorney**
- Attorney
- Stern, Esq., Benjamin M
- Bar Code
- 646778
- Address
- Nutter McClennen and Fish, LLP
- 155 Seaport Boulevard
- Seaport West
- Boston, MA  02210
- Phone Number

- (617)439-2142
- Attorney
- Strom, Esq., Rachel Fan Stern
- Bar Code
- 666319
- Address
- Davis Wright Tremaine
  1251 Ave of the Americas 21st Floor
  New York, NY  10020
- Phone Number
- (212)402-4069

**More Party Information**

**Netflix Worldwide Entertainment, LLC**
- Defendant

| Alias | **Party Attorney** |
|---|---|
| | - Attorney<br>- Stern, Esq., Benjamin M<br>- Bar Code<br>- 646778<br>- Address<br>- Nutter McClennen and Fish, LLP<br>  155 Seaport Boulevard<br>  Seaport West<br>  Boston, MA  02210<br>- Phone Number<br>- (617)439-2142<br>- Attorney<br>- Strom, Esq., Rachel Fan Stern<br>- Bar Code<br>- 666319<br>- Address<br>- Davis Wright Tremaine<br>  1251 Ave of the Americas 21st Floor<br>  New York, NY  10020<br>- Phone Number<br>- (212)402-4069 |

**More Party Information**

**Jigsaw Productions LLC**
- Defendant

| Alias | **Party Attorney** |
|---|---|
| | - Attorney<br>- Stern, Esq., Benjamin M<br>- Bar Code<br>- 646778<br>- Address<br>- Nutter McClennen and Fish, LLP<br>  155 Seaport Boulevard<br>  Seaport West<br>  Boston, MA  02210<br>- Phone Number<br>- (617)439-2142<br>- Attorney<br>- Strom, Esq., Rachel Fan Stern<br>- Bar Code<br>- 666319<br>- Address<br>- Davis Wright Tremaine<br>  1251 Ave of the Americas 21st Floor<br>  New York, NY  10020<br>- Phone Number<br>- (212)402-4069 |

**More Party Information**

**Muddy Waters Productions LLC**
- Defendant

| Alias | **Party Attorney** |
|---|---|
| | - Attorney<br>- Stern, Esq., Benjamin M<br>- Bar Code<br>- 646778<br>- Address<br>- Nutter McClennen and Fish, LLP<br>  155 Seaport Boulevard<br>  Seaport West<br>  Boston, MA  02210<br>- Phone Number |

- (617)439-2142
- Attorney
- Strom, Esq., Rachel Fan Stern
- Bar Code
- 666319
- Address
- Davis Wright Tremaine
  1251 Ave of the Americas 21st Floor
  New York, NY  10020
- Phone Number
- (212)402-4069

**More Party Information**

**Gibney, Alex**
- Defendant

| Alias | Party Attorney |
|---|---|
|  | - Attorney<br>- Stern, Esq., Benjamin M<br>- Bar Code<br>- 646778<br>- Address<br>- Nutter McClennen and Fish, LLP<br>  155 Seaport Boulevard<br>  Seaport West<br>  Boston, MA  02210<br>- Phone Number<br>- (617)439-2142<br>- Attorney<br>- Strom, Esq., Rachel Fan Stern<br>- Bar Code<br>- 666319<br>- Address<br>- Davis Wright Tremaine<br>  1251 Ave of the Americas 21st Floor<br>  New York, NY  10020<br>- Phone Number<br>- (212)402-4069 |

**More Party Information**

**Perello, Richard**
- Defendant

| Alias | Party Attorney |
|---|---|
|  | - Attorney<br>- Stern, Esq., Benjamin M<br>- Bar Code<br>- 646778<br>- Address<br>- Nutter McClennen and Fish, LLP<br>  155 Seaport Boulevard<br>  Seaport West<br>  Boston, MA  02210<br>- Phone Number<br>- (617)439-2142<br>- Attorney<br>- Strom, Esq., Rachel Fan Stern<br>- Bar Code<br>- 666319<br>- Address<br>- Davis Wright Tremaine<br>  1251 Ave of the Americas 21st Floor<br>  New York, NY  10020<br>- Phone Number<br>- (212)402-4069 |

**More Party Information**

**Offman, Stacey**
- Defendant

| Alias | Party Attorney |
|---|---|
|  | - Attorney<br>- Stern, Esq., Benjamin M<br>- Bar Code<br>- 646778<br>- Address<br>- Nutter McClennen and Fish, LLP<br>  155 Seaport Boulevard<br>  Seaport West<br>  Boston, MA  02210<br>- Phone Number |

- (617)439-2142
- Attorney
- Strom, Esq., Rachel Fan Stern
- Bar Code
- 666319
- Address
- Davis Wright Tremaine
  1251 Ave of the Americas 21st Floor
  New York, NY  10020
- Phone Number
- (212)402-4069

**More Party Information**

### Knowles, Peter
- Defendant

| Alias | Party Attorney |

**More Party Information**

### Knowles, Samantha
- Defendant

**Alias**

**Party Attorney**
- Attorney
- Stern, Esq., Benjamin M
- Bar Code
- 646778
- Address
- Nutter McClennen and Fish, LLP
  155 Seaport Boulevard
  Seaport West
  Boston, MA  02210
- Phone Number
- (617)439-2142
- Attorney
- Strom, Esq., Rachel Fan Stern
- Bar Code
- 666319
- Address
- Davis Wright Tremaine
  1251 Ave of the Americas 21st Floor
  New York, NY  10020
- Phone Number
- (212)402-4069

**More Party Information**

### Belanger, Lisa Siegel
- Defendant

| Alias | Party Attorney |

**More Party Information**

### Brennan, Lonnie
- Defendant

**Alias**

**Party Attorney**
- Attorney
- Chambers, Jr., Esq., Richard Cullin
- Bar Code
- 651251
- Address
- Chambers Law Office
  220 Broadway Suite 404
  Lynnfield, MA  01940
- Phone Number
- (781)581-2031

**More Party Information**

### Boston Broadside
- Defendant

**Alias**

**Party Attorney**
- Attorney
- Chambers, Jr., Esq., Richard Cullin
- Bar Code
- 651251
- Address
- Chambers Law Office
  220 Broadway Suite 404
  Lynnfield, MA  01940

- Phone Number
- (781)581-2031

[More Party Information]

**Savanovich, John**
- Other interested party

| Alias | Party Attorney |
|---|---|
|  | - Attorney<br>- Cukier, Esq., Lisa M<br>- Bar Code<br>- 558824<br>- Address<br>- Burns and Levinson<br>  125 High St<br>  Boston, MA  02110-1624<br>- Phone Number<br>- (617)345-3471<br>- Attorney<br>- Kaviar, Esq., Eric G<br>- Bar Code<br>- 670833<br>- Address<br>- Burns and Levinson LLP<br>  125 High St<br>  Boston, MA  02110<br>- Phone Number<br>- (617)345-3000 |

[More Party Information]

## Events

| Date | Session | Location | Type | Event Judge | Result |
|---|---|---|---|---|---|
| 09/03/2020 08:30 AM | Civil D Rm 620 | Courtroom 620 | Status Review | Cowin, Hon. Jackie | Held as Scheduled |
| 09/18/2020 10:00 AM | Civil D Rm 620 | Courtroom 620 | Hearing on Preliminary Injunction | Cowin, Hon. Jackie | Not Held |
| 09/28/2020 11:15 AM | Civil D Rm 620 | Courtroom 620 | Hearing for Protective Order | Cowin, Hon. Jackie | Rescheduled |
| 09/30/2020 09:00 AM | Civil D Rm 620 | Courtroom 620 | Hearing for Protective Order | Cowin, Hon. Jackie | Held - Under advisement |
| 12/15/2020 09:00 AM | Civil D Rm 620 | Courtroom 620 | Hearing on Contempt |  | Rescheduled |
| 12/28/2020 10:30 AM | Civil D Rm 620 | Courtroom 620 | Hearing on Contempt |  | Rescheduled |
| 01/06/2021 12:00 PM | Civil D Rm 620 |  | Rule 12 Hearing |  | Rescheduled |
| 02/01/2021 02:00 PM | Civil D Rm 620 |  | Rule 12 Hearing |  | Not Held |
| 02/01/2021 02:00 PM | Civil D Rm 620 |  | Hearing on Contempt |  | Not Held |

## Ticklers

| Tickler | Start Date | Due Date | Days Due | Completed Date |
|---|---|---|---|---|
| Service | 08/13/2020 | 11/12/2020 | 91 |  |
| Answer | 08/13/2020 | 12/11/2020 | 120 |  |
| Rule 12/19/20 Served By | 08/13/2020 | 12/11/2020 | 120 | 01/26/2021 |
| Rule 12/19/20 Filed By | 08/13/2020 | 01/11/2021 | 151 | 01/26/2021 |
| Rule 12/19/20 Heard By | 08/13/2020 | 02/09/2021 | 180 | 01/26/2021 |
| Rule 15 Served By | 08/13/2020 | 10/07/2021 | 420 | 01/26/2021 |
| Rule 15 Filed By | 08/13/2020 | 11/08/2021 | 452 | 01/26/2021 |
| Rule 15 Heard By | 08/13/2020 | 11/08/2021 | 452 | 01/26/2021 |
| Discovery | 08/13/2020 | 08/03/2022 | 720 | 01/26/2021 |
| Rule 56 Served By | 08/13/2020 | 09/02/2022 | 750 | 01/26/2021 |
| Rule 56 Filed By | 08/13/2020 | 10/03/2022 | 781 | 01/26/2021 |
| Final Pre-Trial Conference | 08/13/2020 | 01/30/2023 | 900 | 01/26/2021 |

| Tickler | Start Date | Due Date | Days Due | Completed Date |
|---|---|---|---|---|
| Judgment | 08/13/2020 | 08/14/2023 | 1096 | 01/26/2021 |
| Under Advisement | 09/30/2020 | 10/30/2020 | 30 | 10/20/2020 |

## Docket Information

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 08/13/2020 | Attorney appearance<br>On this date Matthew S Furman, Esq. added for Plaintiff N J L | | |
| 08/13/2020 | Case assigned to:<br>DCM Track A - Average was added on 08/13/2020 | | Image |
| 08/13/2020 | Original civil complaint filed. | 1 | Image |
| 08/13/2020 | Civil action cover sheet filed. | 2 | Image |
| 08/13/2020 | Demand for jury trial entered. | | |
| 08/13/2020 | Attorney appearance<br>On this date Howard Cooper, Esq. added for Plaintiff Nicholas J Louisa, Esq. | | |
| 08/13/2020 | Nicholas J Louisa, Esq.'s MOTION for appointment of Special Process Server.<br>Jon Pollack. ALLOWED. Copy and notice mailed 8/13/20. | 3 | Image |
| 08/13/2020 | Plaintiff Nicholas J Louisa, Esq.'s EX PARTE Motion for<br>30 day impoundment order. ALLOWED for 20 (twenty) days. Notice mailed 8/13/20. | 4 | Image |
| 08/13/2020 | Affidavit filed by Plaintiff Nicholas J Louisa, Esq. in support of<br>ex parte motion for 30 day impoundment order. | 5 | Image |
| 08/19/2020 | Amended: First amended complaint filed by Nicholas J Louisa, Esq. | 6 | Image |
| 08/26/2020 | Service Returned for<br><br>in hand to Lisa Belanger at 2 prospect st. Peabody Ma. . on 8/24/20 | 7 | Image |
| 08/26/2020 | Service Returned for<br><br>Lonnie Brennan, at last and usual place of abode , 9 Hamilton Terr, Georgetown,Ma. on 8/21/20 | 8 | Image |
| 08/26/2020 | Service Returned for<br><br>Netflix c/o CT Corp  in hand to Ross Depina agent for CT Corp. at 155 Federal St. Boston,Ma. on 8/21/20 | 9 | Image |
| 08/26/2020 | Service Returned for<br><br>Boston Broadside, c/o Lonnie Brennan ,at the last and usual place of abode. at 9 Hamilton Terr, Georgetown, Ma. ,on 8/21/20 | 10 | Image |
| 08/26/2020 | Service Returned for<br><br>Alex Gibney, acceptance of service by Rachel Strom Esq. | 11 | Image |
| 08/26/2020 | Service Returned for<br><br>Stacey Offman , acceptance of service of Rachel Strom Esq. | 12 | Image |
| 08/26/2020 | Service Returned for<br><br>Samantha Knowles acceptance of service from Rachel Strom, Esq. | 13 | Image |
| 08/26/2020 | Service Returned for<br><br>Richard Perello acceptance of service from Rachel Strom Esq. | 14 | Image |
| 08/26/2020 | Service Returned for<br><br>Jigsaw Productions, LLC acceptance of service from Rachel Strom, Esq. | 15 | Image |
| 08/26/2020 | Service Returned for<br><br>Muddy Waters Productions, LLC acceptance of service from Rachel Strom Esq. | 16 | Image |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 08/26/2020 | Service Returned for<br><br>Netfix Worldwide Entertainment, LLC acceptance of service from Rachel Strom | 17 | Image |
| 09/01/2020 | Plaintiff Nicholas J Louisa, Esq.'s EX PARTE, EMERGENCY Motion to Replace Exhibit Q of Amended Complaint and Jury Demand | 18 | Image |
| 09/02/2020 | Other Interested Party John Savanovich's EMERGENCY Motion to Impound and for a Protective Order | 19 | Image |
| 09/02/2020 | John Savanovich's Memorandum in support of Interested Nonparty John Savanovich's Emergency Motion to Impound and for a Protective Order | 19.1 | Image |
| 09/02/2020 | Certificate of service of attorney or Pro Se:<br><br>Eric G. J. Kaviar | 19.2 | Image |
| 09/02/2020 | Other Interested Party John Savanovich's EMERGENCY Motion to Intervene for the limited purpose of Making an Appearance to Request Impoundment and a Protective Order | 19.3 | Image |
| 09/03/2020 | Event Result::  Status Review scheduled on:<br>          09/03/2020 08:30 AM<br>Has been: Held as Scheduled<br>Hon. Jackie Cowin, Presiding<br>Staff:<br>          Martha Fulham, Assistant Clerk Magistrate | | |
| 09/03/2020 | Endorsement on Motion to Impound and for a Protective Order (Emergency Motion, Interested Nonparty) (#19.0): Other action taken<br>A hearing on this motion and the motion to intervene will be held on September 18, 2020 at 10 am via zoom.  The impoundment order issued on 8/13/20 (Dooling,J.) is extended until further order of the Court. | | Image |
| 09/03/2020 | Endorsement on Motion to replace exhibit Q of amended complaint and jury demand (ex parte, emergency) (#18.0): Other action taken<br>This matter will be heard with the motion to impound. (See order on P#19).  ALL pleadings to remain impounded until further order. | | Image |
| 09/03/2020 | Endorsement on Motion to intervene for the limited purpose of making an appearance to request impoundment and protective order (Emergency motion) (#19.3): Other action taken<br>See Order on P#19. | | Image |
| 09/03/2020 | The following form was generated:<br><br>Notice to Appear<br>Sent On:  09/03/2020 12:16:48<br>Notice Sent To:  Matthew S Furman, Esq. Todd & Weld LLP One Federal St 27th Floor, Boston, MA 02110<br>Notice Sent To:  Howard Cooper, Esq. Todd & Weld LLP One Federal St 27th Floor, Boston, MA 02110-2012 | | |
| 09/03/2020 | Attorney appearance<br>On this date Lisa M Cukier, Esq. added as Private Counsel for Other interested party John Savanovich | | |
| 09/03/2020 | Other Interested Party John Savanovich's EMERGENCY Motion to Impound and for a Protective Order | 20 | Image |
| 09/03/2020 | John Savanovich's Memorandum of Law in Support of its Emergency Motion to Impound and for a Protective Order | 20.1 | Image |
| 09/03/2020 | Affidavit of Lisa M. Cukier in Support of John Savanovich's Motion to Impound and for a Protective Order | 20.2 | Image |
| 09/03/2020 | Other Interested Party John Savanovich's Notice of Limited Appearance Pertaining to His Motion to Impound and for a Protective Order | 21 | Image |
| 09/04/2020 | Attorney appearance<br>On this date Benjamin M Stern, Esq. added as Private Counsel for Defendant Netflix, Inc.. | | Image |
| 09/04/2020 | Attorney appearance<br>On this date Benjamin M Stern, Esq. added as Private Counsel for Defendant Netflix Worldwide Entertainment, LLC. | | |
| 09/04/2020 | Attorney appearance<br>On this date Benjamin M Stern, Esq. added as Private Counsel for Defendant Jigsaw Productions LLC. | | |
| 09/04/2020 | Attorney appearance<br>On this date Benjamin M Stern, Esq. added as Private Counsel for Defendant Muddy Waters Productions LLC. | | |
| 09/04/2020 | Attorney appearance<br>On this date Benjamin M Stern, Esq. added as Private Counsel for Defendant Alex Gibney. | | |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 09/04/2020 | Attorney appearance<br>On this date Benjamin M Stern, Esq. added as Private Counsel for Defendant Richard Perello. | | |
| 09/04/2020 | Attorney appearance<br>On this date Benjamin M Stern, Esq. added as Private Counsel for Defendant Stacey Offman. | | |
| 09/04/2020 | Attorney appearance<br>On this date Benjamin M Stern, Esq. added as Private Counsel for Defendant Samantha Knowles. | | |
| 09/04/2020 | Attorney appearance<br>On this date Rachel Fan Stern Strom, Esq. added as Private Counsel for Defendant Netflix, Inc.. | | Image |
| 09/04/2020 | Attorney appearance<br>On this date Rachel Fan Stern Strom, Esq. added as Private Counsel for Defendant Netflix Worldwide Entertainment, LLC. | | |
| 09/04/2020 | Attorney appearance<br>On this date Rachel Fan Stern Strom, Esq. added as Private Counsel for Defendant Jigsaw Productions LLC. | | |
| 09/04/2020 | Attorney appearance<br>On this date Rachel Fan Stern Strom, Esq. added as Private Counsel for Defendant Muddy Waters Productions LLC. | | |
| 09/04/2020 | Attorney appearance<br>On this date Rachel Fan Stern Strom, Esq. added as Private Counsel for Defendant Alex Gibney. | | |
| 09/04/2020 | Attorney appearance<br>On this date Rachel Fan Stern Strom, Esq. added as Private Counsel for Defendant Richard Perello. | | |
| 09/04/2020 | Attorney appearance<br>On this date Rachel Fan Stern Strom, Esq. added as Private Counsel for Defendant Stacey Offman. | | |
| 09/04/2020 | Attorney appearance<br>On this date Rachel Fan Stern Strom, Esq. added as Private Counsel for Defendant Samantha Knowles. | | |
| 09/08/2020 | Attorney appearance<br>On this date Richard Cullin Chambers, Jr., Esq. added as Private Counsel for Defendant Lonnie Brennan | | |
| 09/08/2020 | Attorney appearance<br>On this date Richard Cullin Chambers, Jr., Esq. added as Private Counsel for Defendant Boston Broadside | | Image |
| 09/11/2020 | Netflix, Inc., Netflix Worldwide Entertainment, LLC, Jigsaw Productions LLC, Muddy Waters Productions LLC, Alex Gibney, Richard Perello, Stacey Offman, Samantha Knowles's Memorandum of Law in Opposition to Interested Nonparty John Savanovich's Motion to Impound and for a Protective Order | 22 | Image |
| 09/11/2020 | Affidavit of Rachel F. Strom in Opposition to Interested Nonparty John Savanovich's Motion to Impound and for a Protective Order | 22.1 | Image |
| 09/15/2020 | Event Result::  Hearing on Preliminary Injunction scheduled on:<br>       09/18/2020 10:00 AM<br>Has been: Not Held     For the following reason: By Court prior to date<br>Comments: REMOVED TO US DISTRICT COURT.<br>Hon. Jackie Cowin, Presiding<br>Staff:<br>       Martha Fulham, Assistant Clerk Magistrate | | |
| 09/17/2020 | Opposition to TO NONPARTY'S MOTIONS TO INTERVENE AND FOR IMPOUNDMENT AND PROTECTIVE ORDER filed by Reg # 22 | 23 | Image |
| 09/21/2020 | The following form was generated:<br><br>Notice to Appear<br>Sent On:  09/21/2020 09:24:56<br>Notice Sent To:  Matthew S Furman, Esq. Todd & Weld LLP One Federal St 27th Floor, Boston, MA 02110<br>Notice Sent To:  Howard Cooper, Esq. Todd & Weld LLP One Federal St 27th Floor, Boston, MA 02110-2012<br>Notice Sent To:  Benjamin M Stern, Esq. Verrill Dana LLP One Federal St 20th Floor, Boston, MA 02110<br>Notice Sent To:  Rachel Fan Stern Strom, Esq. Davis Wright Tremaine 1251 Ave of the Americas 21st Floor, New York, NY 10020<br>Notice Sent To: Richard Cullin Chambers, Jr., Esq. Chambers Law Office 220 Broadway Suite 404, Lynnfield, MA 01940<br>Notice Sent To:  Lisa M Cukier, Esq. Burns & Levinson 125 High St, Boston, MA 02110-1624<br>Notice Sent To:  Lisa Siegel Bellanger No addresses available | | |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 09/22/2020 | Event Result::  Hearing for Protective Order scheduled on:<br>          09/28/2020 11:15 AM<br>Has been: Rescheduled       For the following reason: Joint request of parties<br>Hon. Jackie Cowin, Presiding<br>Staff:<br>          Martha Fulham, Assistant Clerk Magistrate | | |
| 09/22/2020 | Remanded to the Superior Court from the U.S. District Court. | | Image |
| 09/29/2020 | Opposition to Emergency Motion for Impound and/or Protective Order filed by Boston Broadside, Lonnie Brennan, Lisa Siegel Belanger | 24 | Image |
| 09/29/2020 | Affidavit of Counsel | 24.1 | Image |
| 09/30/2020 | Matter taken under advisement:  Hearing for Protective Order scheduled on:<br>          09/30/2020 09:00 AM<br>Has been: Held - Under advisement<br>Hon. Jackie Cowin, Presiding<br>Staff:<br>          Martha Fulham, Assistant Clerk Magistrate | | |
| 10/02/2020 | Remanded to the Superior Court from the U.S. District Court. | | Image |
| 10/07/2020 | Defendants Netflix, Inc., Netflix Worldwide Entertainment, LLC, Jigsaw Productions LLC, Muddy Waters Productions LLC, Alex Gibney, Richard Perello, Stacey Offman, Samantha Knowles's Assented to Motion for extension of time to respond to amended complaint | 25 | Image |
| 10/09/2020 | Endorsement on Motion for extension of time to respond to amended complaint (#25.0): ALLOWED | | Image |
| 10/20/2020 | Endorsement on Motion to replace Exhibit Q of Amended Complaint and Jury Demand (Ex parte, Emergency) (#18.0): ALLOWED | | Image |
| 10/20/2020 | Endorsement on Motion of Intervene for the limited purpose of Making an Appearance to Request Impoundment and a Protective Order (#19.3): ALLOWED | | Image |
| 10/20/2020 | Endorsement on Motion of Impound and for a Protective Order (#19.0): DENIED<br>See separate Memorandum and Order. | | Image |
| 10/20/2020 | MEMORANDUM & ORDER:<br><br>(See 3 pages) John Savanovich's Motion to Intervene for the limited purpose of requesting impoundment (P#19.3) is ALLOWED; Savanovich's Motion to Impound (P#19) is DENIED, though public disclosure of Savanovich's personal, financial and medical information is stayed for 30 days, in accordance with the Orders set forth above.  The plaintiff's motion to replace Exhibit Q of the Amended Complaint (P#18), which is unopposed, is ALLOWED.<br><br>Judge: Cowin, Hon. Jackie | 26 | Image |
| 10/28/2020 | Defendants Boston Broadside, Lonnie Brennan, Lisa Siegel Bellanger's Joint Motion to Dismiss Plaintiff's Amended Complaint | 27 | Image |
| 10/28/2020 | Lisa Siegel Bellanger, Lonnie Brennan, Boston Broadside's Memorandum in support of Motion to Dismiss Plaintiff's Amended Complaint | 27.1 | Image |
| 10/28/2020 | Affidavit of Counsel<br><br>Applies To: Bellanger, Lisa Siegel (Defendant); Chambers, Jr., Esq., Richard Cullin (Attorney) on behalf of Boston Broadside, Brennan, Lonnie (Defendant) | 27.2 | Image |
| 10/28/2020 | Opposition to Defendants Motion to Dismiss (Ref. P#27) filed by<br><br>Applies To: Louisa, Esq., Nicholas J (Plaintiff) | 27.3 | Image |
| 10/28/2020 | Affidavit<br><br>of Compliance<br><br>Applies To: Bellanger, Lisa Siegel (Defendant); Chambers, Jr., Esq., Richard Cullin (Attorney) on behalf of Boston Broadside, Brennan, Lonnie (Defendant) | 27.4 | Image |
| 11/18/2020 | Other Interested Party John Savanovich's Notice of<br>service of a proposed protective order | 28 | Image |
| 11/18/2020 | Attorney appearance<br>On this date Eric G Kaviar, Esq. added for Other interested party John Savanovich | | |
| 11/23/2020 | Plaintiff's Complaint for contempt filed against Peter Heald | 29 | Image |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 11/24/2020 | Defendants Netflix, Inc., Netflix Worldwide Entertainment, LLC, Jigsaw Productions LLC, Muddy Waters Productions LLC, Alex Gibney, Richard Perello, Stacey Offman, Samantha Knowles's Motion for Second Extension of Time to Respond to Amended Complaint (Unopposed) | 30 | Image |
| 11/25/2020 | Endorsement on Complaint for Contempt (#29.0): Other action taken<br>Summons on contempt to issue, returnable on 12/15/20 at 9:00am in Courtroom 620.  See enclosed zoom invite information.  The witness, Peter Heald, must appear for the hearing.<br><br>Judge: Deakin, Hon. David A | | Image |
| 11/25/2020 | The following form was generated:<br><br>Summons on Contempt<br>Sent On:  11/25/2020 14:53:23 | 31 | |
| 12/02/2020 | Attorney appearance<br>On this date Rebecca Morgan O'Brien, Esq. added for Plaintiff Nicholas J Louisa, Esq. | | Image |
| 12/07/2020 | Endorsement on Motion for Second Extension of Time to Respond to Amended Complaint (Unopposed) (#30.0): ALLOWED<br>By Agreement<br><br><br><br><br>Dated: 12/2/2020.<br><br>SO ORDERED:<br><br>Judge: Deakin, Hon. David A | | Image |
| 12/07/2020 | Defendants Richard Perello, Stacey Offman's Motion for third extension of time to respond to amended complaint. (unopposed) | 32 | Image |
| 12/07/2020 | Defendants Netflix, Inc., Netflix Worldwide Entertainment, LLC, Jigsaw Productions LLC, Muddy Waters Productions LLC, Alex Gibney, Samantha Knowles's Motion for third extension of time to respond to amended complaint. | 33 | Image |
| 12/08/2020 | Service Returned for<br><br>Documents were served in hand to Peter Heald<br>Service was made at 106 Billings Rd. Quincy | 34 | Image |
| 12/11/2020 | Event Result::  Hearing on Contempt scheduled on:<br>          12/15/2020 09:00 AM<br>Has been: Rescheduled         For the following reason: Joint request of parties<br>Hon. David A Deakin, Presiding<br>Staff:<br>     Martha Fulham, Assistant Clerk Magistrate | | |
| 12/11/2020 | The following form was generated:<br><br>Summons on Contempt<br>Sent On:  12/11/2020 13:58:07 | 35 | |
| 12/11/2020 | Endorsement on Motion for third extension of time to respond to amended complaint. (unopposed) (#32.0): ALLOWED<br><br>Judge: Kazanjian, Hon. Helene | | |
| 12/11/2020 | Endorsement on Motion for third extension of time to respond to amended complaint. (#33.0): ALLOWED without opposition<br><br>Judge: Kazanjian, Hon. Helene | | |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 12/18/2020 | The following form was generated:<br><br>Notice to Appear<br>Sent On:  12/18/2020 13:12:18<br>Notice Sent To:  Matthew S Furman, Esq. Todd & Weld LLP One Federal St 27th Floor, Boston, MA 02110<br>Notice Sent To:  Howard Cooper, Esq. Todd & Weld LLP One Federal St 27th Floor, Boston, MA 02110-2012<br>Notice Sent To:  Rebecca Morgan O'Brien, Esq. Todd & Weld LLP One Federal St 27th Floor, Boston, MA 02110<br>Notice Sent To:  Benjamin M Stern, Esq. Verrill Dana LLP One Federal St 20th Floor, Boston, MA 02110<br>Notice Sent To:  Rachel Fan Stern Strom, Esq. Davis Wright Tremaine 1251 Ave of the Americas 21st Floor, New York, NY 10020<br>Notice Sent To:  Richard Cullin Chambers, Jr., Esq. Chambers Law Office 220 Broadway Suite 404, Lynnfield, MA 01940<br>Notice Sent To:  Eric G Kaviar, Esq. Burns & Levinson LLP 125 High St, Boston, MA 02110<br>Notice Sent To:  Lisa M Cukier, Esq. Burns & Levinson 125 High St, Boston, MA 02110-1624<br>Notice Sent To:  Peter Knowles No addresses available<br>Notice Sent To:  Lisa Siegel Belanger 300 Andover Street No. 194, Peabody, MA 01960 | | |
| 12/18/2020 | Defendants Netflix, Inc., Netflix Worldwide Entertainment, LLC, Jigsaw Productions LLC, Muddy Waters Productions LLC, Alex Gibney, Samantha Knowles's Motion for fourth extension of time to respond to amended complaint  ( unopposed ) | 36 | Image |
| 12/22/2020 | Event Result::  Hearing on Contempt scheduled on:<br>         12/28/2020 10:30 AM<br>Has been: Rescheduled       For the following reason: Joint request of parties<br>Hon. David A Deakin, Presiding<br>Staff:<br>         Martha Fulham, Assistant Clerk Magistrate | | |
| 12/22/2020 | The following form was generated:<br><br>Summons on Contempt<br>Sent On:  12/22/2020 12:59:01 | 37 | |
| 12/24/2020 | Event Result::  Rule 12 Hearing scheduled on:<br>         01/06/2021 12:00 PM<br>Has been: Rescheduled       For the following reason: Joint request of parties<br>Hon. David A Deakin, Presiding | | |
| 12/24/2020 | Defendant Lonnie Brennan's Assented to Motion to advance and continue | 38 | Image |
| 12/24/2020 | Endorsement on Motion to advance and continue (assented to motion) (#38.0): ALLOWED<br>Motion to dismiss hearing continued to 2/1/21 at 2 pm via zoom.<br><br>Judge: Deakin, Hon. David A | | |
| 12/24/2020 | Event Result::  Hearing on Contempt scheduled on:<br>         02/01/2021 02:00 PM<br>Has been: Rescheduled       For the following reason: Joint request of parties<br>Hon. David A Deakin, Presiding | | |
| 12/24/2020 | The following form was generated:<br><br>Notice to Appear<br>Sent On:  12/24/2020 14:46:09<br>Notice Sent To:  Matthew S Furman, Esq. Todd & Weld LLP One Federal St 27th Floor, Boston, MA 02110<br>Notice Sent To:  Howard Cooper, Esq. Todd & Weld LLP One Federal St 27th Floor, Boston, MA 02110-2012<br>Notice Sent To:  Rebecca Morgan O'Brien, Esq. Todd & Weld LLP One Federal St 27th Floor, Boston, MA 02110<br>Notice Sent To:  Benjamin M Stern, Esq. Verrill Dana LLP One Federal St 20th Floor, Boston, MA 02110<br>Notice Sent To:  Rachel Fan Stern Strom, Esq. Davis Wright Tremaine 1251 Ave of the Americas 21st Floor, New York, NY 10020<br>Notice Sent To:  Richard Cullin Chambers, Jr., Esq. Chambers Law Office 220 Broadway Suite 404, Lynnfield, MA 01940<br>Notice Sent To:  Eric G Kaviar, Esq. Burns & Levinson LLP 125 High St, Boston, MA 02110<br>Notice Sent To:  Lisa M Cukier, Esq. Burns & Levinson 125 High St, Boston, MA 02110-1624<br>Notice Sent To:  Lisa Siegel Belanger 300 Andover Street No. 194, Peabody, MA 01960 | | |
| 12/30/2020 | Endorsement on Motion for fourth extension of time to respond to amended complaint  ( unopposed ) (#36.0): ALLOWED<br>After Review And Without Opposition, The Motion IS ALLOWED.  Dated: 12/23/2020.<br><br>Judge: Haggan, Hon. Patrick | | Image |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 01/04/2021 | Defendants Netflix, Inc., Netflix Worldwide Entertainment, LLC, Jigsaw Productions LLC, Muddy Waters Productions LLC, Alex Gibney, Richard Perello, Stacey Offman, Samantha Knowles's Motion for fifth extension of time to respond to amended complaint (unopposed motion) | 39 | Image |
| 01/08/2021 | Endorsement on Motion for Fifth Extension on Time to Respond to Amended Complaint (#39.0): ALLOWED Dated: January 6, 2021<br><br>Judge: Doolin, Hon. Michael | | Image |
| 01/23/2021 | Notice of voluntary dismissal (41a.l.i)<br><br>Applies To: Belanger, Lisa Siegel (Defendant) | 40 | Image |
| 01/23/2021 | Party status:<br>Defendant Belanger, Lisa Siegel: Voluntarily dismissed;  Ref #40 | | |
| 01/23/2021 | Notice of voluntary dismissal (41a.l.i)<br><br>Applies To: Knowles, Peter (Defendant) | 41 | Image |
| 01/23/2021 | Party status:<br>Defendant Knowles, Peter: Voluntarily dismissed; | 42 | |
| 01/25/2021 | Notice of voluntary dismissal (41a.l.i)<br><br>NOTICE OF DISMISSAL OF DEFENDANTS<br>LONNIE BRENNAN AND THE BOSTON BROADSIDE WITH PREJUDICE<br>Pursuant to Rule 41(a)(1)(i) of the Massachusetts Rules of Civil Procedure, Plaintiff Nicholas J. Louisa, Esq. ("Plaintiff") hereby notices the dismissal of Defendants Lonnie Brennan and the Boston Broadside (collectively, the "Broadside Defendants") from the above-captioned matter with prejudice. In support of this notice, Plaintiff states that no adverse party has served an answer or a motion for summary judgment. Accordingly, this matter should be dismissed against and closed with respect to the Broadside Defendants with prejudice. | 43 | Image |
| 01/25/2021 | Party status:<br>Defendant Boston Broadside: Voluntarily dismissed; | | |
| 01/25/2021 | Party status:<br>Defendant Brennan, Lonnie: Voluntarily dismissed; | | |
| 01/26/2021 | Party status:<br>Defendant Netflix Worldwide Entertainment, LLC: Voluntarily dismissed; | 45 | |
| 01/26/2021 | Party status:<br>Defendant Netflix, Inc.: Voluntarily dismissed; | 46 | |
| 01/26/2021 | Party status:<br>Defendant Jigsaw Productions LLC: Voluntarily dismissed; | 47 | |
| 01/26/2021 | Party status:<br>Defendant Muddy Waters Productions LLC: Voluntarily dismissed; | 48 | |
| 01/26/2021 | Party status:<br>Defendant Gibney, Alex: Voluntarily dismissed; | 49 | |
| 01/26/2021 | Party status:<br>Defendant Perello, Richard: Voluntarily dismissed; | 50 | |
| 01/26/2021 | Party status:<br>Defendant Offman, Stacey: Voluntarily dismissed; | 51 | |
| 01/26/2021 | Party status:<br>Defendant Knowles, Samantha: Voluntarily dismissed; | 52 | |
| 01/27/2021 | Notice of voluntary dismissal (41a.l.i)<br><br>Pursuant to Rule 41(a)(1)(i) of the Massachusetts Rules of Civil Procedure, Plaintiff Nicholas J. Louisa, Esq. ("Plaintiff") hereby notices the dismissal of Defendants Netflix, Inc., Netflix Worldwide Entertainment, LLC, Jigsaw Productions LLC, Muddy Waters Productions LLC, Alex Gibney, Richard Perello, Stacey Offman and Samantha Knowles (collectively, the "Netflix Defendants") from the above-captioned matter with prejudice. In support of this notice, Plaintiff states that no adverse party has served an answer or a motion for summary judgment. Accordingly, this matter should be dismissed against and closed with respect to the Netflix Defendants with prejudice. | 44 | Image |
| 01/28/2021 | Event Result::  Hearing on Contempt scheduled on:<br>    02/01/2021 02:00 PM<br>Has been: Not Held     For the following reason: Case Disposed<br>Hon. Valerie A Yarashus, Presiding<br>Staff:<br>    Martha Fulham, Assistant Clerk Magistrate | | |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 01/28/2021 | Event Result::  Rule 12 Hearing scheduled on:<br>            02/01/2021 02:00 PM<br>Has been: Not Held     For the following reason: Case Disposed<br>Hon. Valerie A Yarashus, Presiding<br>Staff:<br>            Martha Fulham, Assistant Clerk Magistrate | | |

## Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| Voluntary Dismissal | 01/26/2021 | |